IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY LEE CARR, #172233, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:11-CV-149-TMH |
| | ) [WO] |
| | ) |
| OFFICER HARRIS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On March 8, 2011, the Magistrate Judge issued a Recommendation (Doc. 5) to which no timely objections were made. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE that:

1. The Recommendation (Doc. 5) is ADOPTED;

2. The plaintiff's due process claim is dismissed prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

3. The plaintiff's pendent state law bailment claim is dismissed as the court deems it inappropriate to exercise supplemental jurisdiction over this claim.

4. The plaintiff's First Amendment and RLUIPA claims are referred back to the magistrate judge for additional proceedings.

DONE this 27th day of April, 2011.

                                    /s/ Truman M. Hobbs, Sr.
                                 SENIOR UNITED STATES DISTRICT JUDGE