IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY LEE CARR, #172233, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:11-cv-0149-TMH |
| ) | WO |
| OFFICER HARRIS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #22) to the Recommendation of the Magistrate Judge filed on February 25, 2014 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #19) entered on January 22, 2014 is adopted;

3. The defendants' motion for summary judgment is GRANTED to the extent that the defendants seek dismissal of this case due to the plaintiff's failure to properly exhaust an administrative remedy provided to him by the Alabama Department of Corrections.

4. This case is DISMISSED with prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) for the plaintiff's failure to properly exhaust an administrative remedy provided to him as this remedy with respect to the pending claims for relief is no longer feasible.

DONE this the 6th day of March, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE